**Petro-Mechanics Inc.**

18 Prices Lane
Lafayette, NJ 07848
973-300-0011

| | | |
|---|---|---|
| Employee #: 27 | Division | Period Begin: 2/3/2026 |
| Clock Number: | Department 3724 | Period End: 2/9/2026 |
| Company Id: P055 | Federal Filing: Single or | Exemptions: 0 |
| | State Filing: | Exemptions: 0 |

| | | |
|---|---|---|
| Check Date: | 2/12/2026 | |
| Pay Type: | Hourly | |
| Additional Tax: | | |
| Additional Tax: 3.07% | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V3085102 | $0.00 | $1,334.00 | $1,014.44 | |

### EARNINGS *Not included in Totals ^Hrs/Units = Units (Units not included in Totals)

| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars |
|---|---|---|---|---|---|
| Hourly Regular | 29.0000 | 40.00 | 1,160.00 | 209.50 | 6,075.50 |
| Overtime | 43.5000 | 4.00 | 174.00 | 19.00 | 826.50 |
| *Safe Harbor | | | 53.36 | 0.00 | 322.48 |
| Holiday | | | 0.00 | 16.00 | 464.00 |
| Vacation | | | 0.00 | 24.00 | 696.00 |
| **Total:** | | 44.00 | 1,334.00 | 268.50 | 8,062.00 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 82.70 | 499.84 |
| MED EE | 19.34 | 116.90 |
| FEDERAL WH | 111.93 | 700.19 |
| PA WH | 40.95 | 247.50 |
| NEW JERSEY SDI | 2.54 | 15.32 |
| NEW JERSEY SUI | 5.67 | 34.26 |
| NJ EE FLI | 3.07 | 18.54 |
| **Total:** | 266.20 | 1,632.55 |

### DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401K | 53.36 | 322.48 |
| **Total:** | 53.36 | 322.48 |

### CURRENT PERIOD LEAVE ACCRUAL

### DISTRIBUTION OF NET PAY

| | | | |
|---|---|---|---|
| Checking | Account: ####1848 | Deposit Amount: | 1,014.44 |

---

Petro-Mechanics Inc.
18 Prices Lane
Lafayette, NJ 07848
973-300-0011

| CHECK DATE | VOUCHER ID |
|---|---|
| 2/12/2026 | V3085102 |

| TOTAL NET PAY |
|---|
| ******$1,014.44 |

27 3724

**Joshua Mugan**
115 Park Road
Greeley, PA 18425-9683

**NOT NEGOTIABLE**

**Statement of Earnings For:** **Joshua Mugan**

| | | | | | |
|---|---|---|---|---|---|
| Employee #: 27 | Division | | Period Begin: 2/10/2026 | Check Date: 2/19/2026 | **Petro-Mechanics Inc.** |
| Clock Number: | Department 3724 | | Period End: 2/16/2026 | Pay Type: Hourly | 18 Prices Lane |
| Company Id: P055 | Federal Filing: Single or | | Exemptions: 0 | Additional Tax: | Lafayette, NJ 07848 |
| | State Filing: | | Exemptions: 0 | Additional Tax: 3.07% | 973-300-0011 |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V3094928 | $0.00 | $1,232.50 | $940.59 | |

| EARNINGS | *Not included in Totals | | ^Hrs/Units = Units (Units not included in Totals) | | | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Hourly Regular | 29.0000 | 34.50 | 1,000.50 | 244.00 | 7,076.00 | SOC SEC EE | 76.42 | 576.26 | 401K | 49.30 | 371.78 |
| Vacation | 29.0000 | 8.00 | 232.00 | 32.00 | 928.00 | MED EE | 17.87 | 134.77 | | | |
| *Safe Harbor | | | 49.30 | 0.00 | 371.78 | FEDERAL WH | 100.06 | 800.25 | | | |
| Overtime | | | 0.00 | 19.00 | 826.50 | PA WH | 37.84 | 285.34 | | | |
| Holiday | | | 0.00 | 16.00 | 464.00 | NEW JERSEY SDI | 2.34 | 17.66 | | | |
| | | | | | | NEW JERSEY SUI | 5.24 | 39.50 | | | |
| | | | | | | NJ EE FLI | 2.84 | 21.38 | | | |
| **Total:** | | 42.50 | 1,232.50 | 311.00 | 9,294.50 | **Total:** | 242.61 | 1,875.16 | **Total:** | 49.30 | 371.78 |

| CURRENT PERIOD LEAVE ACCRUAL | DISTRIBUTION OF NET PAY |
|---|---|
| | Checking Account: ####1848 Deposit Amount: 940.59 |

Petro-Mechanics Inc.
18 Prices Lane
Lafayette, NJ 07848
973-300-0011

| CHECK DATE | VOUCHER ID |
|---|---|
| 2/19/2026 | V3094928 |

| TOTAL NET PAY |
|---|
| ********$940.59 |

27  3724

**Joshua Mugan**
115 Park Road
Greeley, PA 18425-9683

**NOT NEGOTIABLE**

| Statement of Earnings For: | **Joshua Mugan** | | | | | | **Petro-Mechanics Inc.** | |
|---|---|---|---|---|---|---|---|---|

| Employee #: | 27 | Division | | Period Begin: | 2/17/2026 | Check Date: | 2/26/2026 | 18 Prices Lane |
|---|---|---|---|---|---|---|---|---|
| Clock Number: | | Department | 3724 | Period End: | 2/23/2026 | Pay Type: | Hourly | Lafayette, NJ 07848 |
| Company Id: | P055 | Federal Filing: | Single or | Exemptions: | 0 | Additional Tax: | | 973-300-0011 |
| | | State Filing: | | Exemptions: | 0 | Additional Tax: | 3.07% | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V3103779 | $0.00 | $1,218.00 | $930.03 | |

**EARNINGS** *Not included in Totals  ^Hrs/Units = Units (Units not included in Totals)

| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars |
|---|---|---|---|---|---|
| Hourly Regular | 29.0000 | 34.00 | 986.00 | 278.00 | 8,062.00 |
| Vacation | 29.0000 | 8.00 | 232.00 | 40.00 | 1,160.00 |
| *Safe Harbor | | | 48.72 | 0.00 | 420.50 |
| Overtime | | | 0.00 | 19.00 | 826.50 |
| Holiday | | | 0.00 | 16.00 | 464.00 |
| **Total:** | | 42.00 | 1,218.00 | 353.00 | 10,512.50 |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 75.52 | 651.78 |
| MED EE | 17.66 | 152.43 |
| FEDERAL WH | 98.39 | 898.64 |
| PA WH | 37.39 | 322.73 |
| NEW JERSEY SDI | 2.31 | 19.97 |
| NEW JERSEY SUI | 5.18 | 44.68 |
| NJ EE FLI | 2.80 | 24.18 |
| **Total:** | 239.25 | 2,114.41 |

**DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| 401K | 48.72 | 420.50 |
| **Total:** | 48.72 | 420.50 |

**CURRENT PERIOD LEAVE ACCRUAL**

**DISTRIBUTION OF NET PAY**

| | | |
|---|---|---|
| Checking | Account: ####1848 | Deposit Amount: 930.03 |

Petro-Mechanics Inc.
18 Prices Lane
Lafayette, NJ 07848
973-300-0011

| CHECK DATE | VOUCHER ID |
|---|---|
| 2/26/2026 | V3103779 |

27 3724

**Joshua Mugan**
115 Park Road
Greeley, PA 18425-9683

| TOTAL NET PAY |
|---|
| ********$930.03 |

**NOT NEGOTIABLE**

Statement of Earnings For: **Joshua Mugan**

**Petro-Mechanics Inc.**

| Employee #: | 27 | Division | | Period Begin: | 2/24/2026 | Check Date: | 3/5/2026 |
|---|---|---|---|---|---|---|---|
| Clock Number: | | Department | 3724 | Period End: | 3/2/2026 | Pay Type: | Hourly |
| Company Id: | P055 | Federal Filing: | Single or | Exemptions: | 0 | Additional Tax: | |
| | | State Filing: | | Exemptions: | 0 | Additional Tax: | 3.07% |

18 Prices Lane
Lafayette, NJ 07848
973-300-0011

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V3114421 | $0.00 | $1,268.75 | $967.03 | |

| EARNINGS | *Not included in Totals | | ^Hrs/Units = Units (Units not included in Totals) | | | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Hourly Regular | 29.0000 | 40.00 | 1,160.00 | 318.00 | 9,222.00 | SOC SEC EE | 78.66 | 730.44 | 401K | 50.75 | 471.25 |
| Overtime | 43.5000 | 2.50 | 108.75 | 21.50 | 935.25 | MED EE | 18.40 | 170.83 | | | |
| *Safe Harbor | | | 50.75 | 0.00 | 471.25 | FEDERAL WH | 104.24 | 1,002.88 | | | |
| Holiday | | | 0.00 | 16.00 | 464.00 | PA WH | 38.95 | 361.68 | | | |
| Vacation | | | 0.00 | 40.00 | 1,160.00 | NEW JERSEY SDI | 2.41 | 22.38 | | | |
| | | | | | | NEW JERSEY SUI | 5.39 | 50.07 | | | |
| | | | | | | NJ EE FLI | 2.92 | 27.10 | | | |
| **Total:** | | 42.50 | 1,268.75 | 395.50 | 11,781.25 | **Total:** | 250.97 | 2,365.38 | **Total:** | 50.75 | 471.25 |

| CURRENT PERIOD LEAVE ACCRUAL | DISTRIBUTION OF NET PAY |
|---|---|
| | Checking    Account: ####1848    Deposit Amount: 967.03 |

Petro-Mechanics Inc.
18 Prices Lane
Lafayette, NJ 07848
973-300-0011

| CHECK DATE | VOUCHER ID |
|---|---|
| 3/5/2026 | V3114421 |

| TOTAL NET PAY |
|---|
| ********$967.03 |

27 3724

**Joshua Mugan**
115 Park Road
Greeley, PA 18425-9683

**NOT NEGOTIABLE**

Statement of Earnings For: **Joshua Mugan**   **Petro-Mechanics Inc.**

| Employee #: | 27 | Division | | Period Begin: | 3/3/2026 | Check Date: | 3/12/2026 |
|---|---|---|---|---|---|---|---|
| Clock Number: | | Department | 3724 | Period End: | 3/9/2026 | Pay Type: | Hourly |
| Company Id: | P055 | Federal Filing: | Single or | Exemptions: | 0 | Additional Tax: | |
| | | State Filing: | | Exemptions: | 0 | Additional Tax: | 3.07% |

Petro-Mechanics Inc.
18 Prices Lane
Lafayette, NJ 07848
973-300-0011

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V3124055 | $0.00 | $1,247.00 | $951.19 | |

| EARNINGS | *Not included in Totals | | ^Hrs/Units = Units (Units not included in Totals) | | | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Hourly Regular | 29.0000 | 35.00 | 1,015.00 | 353.00 | 10,237.00 | SOC SEC EE | 77.31 | 807.75 | 401K | 49.88 | 521.13 |
| Vacation | 29.0000 | 8.00 | 232.00 | 48.00 | 1,392.00 | MED EE | 18.08 | 188.91 | | | |
| *Safe Harbor | | | 49.88 | 0.00 | 521.13 | FEDERAL WH | 101.73 | 1,104.61 | | | |
| Overtime | | | 0.00 | 21.50 | 935.25 | PA WH | 38.28 | 399.96 | | | |
| Holiday | | | 0.00 | 16.00 | 464.00 | NEW JERSEY SDI | 2.37 | 24.75 | | | |
| | | | | | | NEW JERSEY SUI | 5.30 | 55.37 | | | |
| | | | | | | NJ EE FLI | 2.86 | 29.96 | | | |
| **Total:** | | 43.00 | 1,247.00 | 438.50 | 13,028.25 | **Total:** | 245.93 | 2,611.31 | **Total:** | 49.88 | 521.13 |

| CURRENT PERIOD LEAVE ACCRUAL | DISTRIBUTION OF NET PAY |
|---|---|
| | Checking     Account: ####1848     Deposit Amount:     951.19 |

Petro-Mechanics Inc.
18 Prices Lane
Lafayette, NJ 07848
973-300-0011

| CHECK DATE | VOUCHER ID |
|---|---|
| 3/12/2026 | V3124055 |

| TOTAL NET PAY |
|---|
| ********$951.19 |

27  3724

**Joshua Mugan**

115 Park Road
Greeley, PA 18425-9683

**NOT NEGOTIABLE**

**Statement of Earnings For:** **Joshua Mugan**

**Petro-Mechanics Inc.**

| Employee #: 27 | Division | | Period Begin: 3/10/2026 | Check Date: 3/19/2026 | 18 Prices Lane |
|---|---|---|---|---|---|
| Clock Number: | Department | 3724 | Period End: 3/16/2026 | Pay Type: Hourly | Lafayette, NJ 07848 |
| Company Id: P055 | Federal Filing: Single or | | Exemptions: 0 | Additional Tax: | 973-300-0011 |
| | State Filing: | | Exemptions: 0 | Additional Tax: 3.07% | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V3132780 | $0.00 | $1,334.00 | $1,014.43 | |

| EARNINGS | *Not included in Totals | | ^Hrs/Units = Units (Units not included in Totals) | | | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Hourly Regular | 29.0000 | 40.00 | 1,160.00 | 393.00 | 11,397.00 | SOC SEC EE | 82.71 | 890.46 | 401K | 53.36 | 574.49 |
| Overtime | 43.5000 | 4.00 | 174.00 | 25.50 | 1,109.25 | MED EE | 19.34 | 208.25 | | | |
| *Safe Harbor | | | 53.36 | 0.00 | 574.49 | FEDERAL WH | 111.93 | 1,216.54 | | | |
| Holiday | | | 0.00 | 16.00 | 464.00 | PA WH | 40.95 | 440.91 | | | |
| Vacation | | | 0.00 | 48.00 | 1,392.00 | NEW JERSEY SDI | 2.54 | 27.29 | | | |
| | | | | | | NEW JERSEY SUI | 5.67 | 61.04 | | | |
| | | | | | | NJ EE FLI | 3.07 | 33.03 | | | |
| **Total:** | | 44.00 | 1,334.00 | 482.50 | 14,362.25 | **Total:** | 266.21 | 2,877.52 | **Total:** | 53.36 | 574.49 |

| CURRENT PERIOD LEAVE ACCRUAL | DISTRIBUTION OF NET PAY | | |
|---|---|---|---|
| | Checking | Account: ####1848 | Deposit Amount: 1,014.43 |

Petro-Mechanics Inc.
18 Prices Lane
Lafayette, NJ 07848
973-300-0011

| CHECK DATE | VOUCHER ID |
|---|---|
| 3/19/2026 | V3132780 |

| TOTAL NET PAY |
|---|
| ******$1,014.43 |

27  3724

**Joshua Mugan**

115 Park Road
Greeley, PA 18425-9683

**NOT NEGOTIABLE**

| Statement of Earnings For: | **Joshua Mugan** | | | | | | | **Petro-Mechanics Inc.** | | |
|---|---|---|---|---|---|---|---|---|---|---|

| Employee #: | 27 | Division | | Period Begin: | 3/17/2026 | Check Date: | 3/26/2026 | 18 Prices Lane |
|---|---|---|---|---|---|---|---|---|
| Clock Number: | | Department | 3724 | Period End: | 3/23/2026 | Pay Type: | Hourly | Lafayette, NJ 07848 |
| Company Id: | P055 | Federal Filing: | Single or | Exemptions: | 0 | Additional Tax: | | 973-300-0011 |
| | | State Filing: | | Exemptions: | 0 | Additional Tax: | 3.07% | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V3141984 | $0.00 | $1,312.25 | $998.74 | |

| EARNINGS | *Not included in Totals | | ^Hrs/Units = Units (Units not included in Totals) | | | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Hourly Regular | 29.0000 | 40.00 | 1,160.00 | 433.00 | 12,557.00 | SOC SEC EE | 81.36 | 971.82 | 401K | 52.49 | 626.98 |
| Overtime | 43.5000 | 3.50 | 152.25 | 29.00 | 1,261.50 | MED EE | 19.03 | 227.28 | | | |
| *Safe Harbor | | | 52.49 | 0.00 | 626.98 | FEDERAL WH | 109.25 | 1,325.79 | | | |
| Holiday | | | 0.00 | 16.00 | 464.00 | PA WH | 40.29 | 481.20 | | | |
| Vacation | | | 0.00 | 48.00 | 1,392.00 | NEW JERSEY SDI | 2.49 | 29.78 | | | |
| | | | | | | NEW JERSEY SUI | 5.58 | 66.62 | | | |
| | | | | | | NJ EE FLI | 3.02 | 36.05 | | | |
| **Total:** | | 43.50 | 1,312.25 | 526.00 | 15,674.50 | **Total:** | 261.02 | 3,138.54 | **Total:** | 52.49 | 626.98 |

| CURRENT PERIOD LEAVE ACCRUAL | DISTRIBUTION OF NET PAY | | |
|---|---|---|---|
| | Checking | Account: ####1848 | Deposit Amount: 998.74 |

Petro-Mechanics Inc.
18 Prices Lane
Lafayette, NJ 07848
973-300-0011

| CHECK DATE | VOUCHER ID |
|---|---|
| 3/26/2026 | V3141984 |

| TOTAL NET PAY |
|---|
| ********$998.74 |

27  3724

**Joshua Mugan**
115 Park Road
Greeley, PA 18425-9683

**NOT NEGOTIABLE**

Statement of Earnings For: **Joshua Mugan**  **Petro-Mechanics Inc.**

| Employee #: | 27 | Division | | Period Begin: | 3/24/2026 | Check Date: | 4/2/2026 |
|---|---|---|---|---|---|---|---|
| Clock Number: | | Department | 3724 | Period End: | 3/30/2026 | Pay Type: | Hourly |
| Company Id: | P055 | Federal Filing: | Single or | Exemptions: | 0 | Additional Tax: | |
| | | State Filing: | | Exemptions: | 0 | Additional Tax: | 3.07% |

Petro-Mechanics Inc.
18 Prices Lane
Lafayette, NJ 07848
973-300-0011

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V3152478 | $0.00 | $1,435.50 | $1,078.69 | |

| EARNINGS | *Not included in Totals | | ^Hrs/Units = Units (Units not included in Totals) | | | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Hourly Regular | 29.0000 | 40.00 | 1,160.00 | 473.00 | 13,717.00 | SOC SEC EE | 89.00 | 1,060.82 | 401K | 57.42 | 684.40 |
| Overtime | 43.5000 | 1.00 | 43.50 | 30.00 | 1,305.00 | MED EE | 20.82 | 248.10 | | | |
| Vacation | 29.0000 | 8.00 | 232.00 | 56.00 | 1,624.00 | FEDERAL WH | 133.37 | 1,459.16 | | | |
| *Safe Harbor | | | 57.42 | 0.00 | 684.40 | PA WH | 44.07 | 525.27 | | | |
| Holiday | | | 0.00 | 16.00 | 464.00 | NEW JERSEY SDI | 2.73 | 32.51 | | | |
| | | | | | | NEW JERSEY SUI | 6.10 | 72.72 | | | |
| | | | | | | NJ EE FLI | 3.30 | 39.35 | | | |
| **Total:** | | 49.00 | 1,435.50 | 575.00 | 17,110.00 | **Total:** | 299.39 | 3,437.93 | **Total:** | 57.42 | 684.40 |

| CURRENT PERIOD LEAVE ACCRUAL | DISTRIBUTION OF NET PAY | | |
|---|---|---|---|
| | Checking | Account: ####1848 | Deposit Amount: 1,078.69 |

Petro-Mechanics Inc.
18 Prices Lane
Lafayette, NJ 07848
973-300-0011

| CHECK DATE | VOUCHER ID |
|---|---|
| 4/2/2026 | V3152478 |

| TOTAL NET PAY |
|---|
| ******$1,078.69 |

27  3724

**Joshua Mugan**
115 Park Road
Greeley, PA 18425-9683

**NOT NEGOTIABLE**