United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Joshua P Mugan

Rebecca Ann Mugan

    Debtors

Case No. 26-00924-MJC

Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0314-5 | User: AutoDocke | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Apr 08, 2026 | Form ID: 309A | Total Noticed: 38 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joshua P Mugan, Rebecca Ann Mugan, 115 Park Rd, Greeley, PA 18425-9683 |
| 5793727 | + | American First Finance, PO Box 565848, Dallas, TX 75356-5848 |
| 5793730 | | Capital One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 5793736 | + | Diane Burgholzer, 122 Stockton Dr, Milford, PA 18337-9740 |
| 5793743 | + | GM Financial, 3801 S Collins St, Arlington, TX 76014-4122 |
| 5793740 | | Geisinger, PO Box 789276, Philadelphia, PA 19178-9276 |
| 5793742 | | Geisinger Health System, PO Box 27727, Newark, NJ 07101-7727 |
| 5793745 | | Lehigh Valley Physician Group, 1251 S Cedar Crest Blvd Ste 102A, Allentown, PA 18103-6205 |
| 5793752 | | Shepherd Outsourcing, 4517 Washington Ave, Manchester, KY 39495 |
| 5793754 | | US Attorney for the PA Middle District, William J. Nealon Federal Building, 235 N Washington Ave Ste 311, Scranton, PA 18503-1533 |
| 5793757 | + | Wayne Memorial Community Health Center, 750 Rte 739, Hawley, PA 18428-6058 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: usbkct@bankruptcypa.com | Apr 08 2026 18:44:00 | Carlo Sabatini, Sabatini Law Firm, LLC, 216 N. Blakely St., Dunmore, PA 18512 |
| tr | + | Email/Text: lawrencegfrank@gmail.com | Apr 08 2026 18:44:00 | Lawrence G. Frank, (Trustee), 100 Aspen Drive, Dillsburg, PA 17019-9621 |
| ust | + | Email/Text: ustpregion03.ha.ecf@usdoj.gov | Apr 08 2026 18:44:00 | United States Trustee, US Courthouse, 1501 N. 6th St, Harrisburg, PA 17102-1104 |
| 5793728 | | EDI: ATTWIREBK.COM | Apr 08 2026 22:41:00 | AT&T Mobility, PO Box 5074, Carol Stream, IL 60197-5074 |
| 5793725 | | Email/PDF: AffirmBKNotifications@resurgent.com | Apr 08 2026 18:50:57 | Affirm Inc, Attn: Bankruptcy, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 5793726 | ^ | MEBN | Apr 08 2026 18:39:12 | Afterpay, 1955 Broadway, Suite 204, Oakland, CA 94612-2205 |
| 5793727 | + | EDI: JCAFF | Apr 08 2026 22:41:00 | American First Finance, PO Box 565848, Dallas, TX 75356-5848 |
| 5793733 | ^ | MEBN | Apr 08 2026 18:39:07 | CF Medical, LLC, 3705 S Highway 27 # 203, Clermont, FL 34711-7950 |
| 5793729 | + | EDI: CAPITALONE.COM | Apr 08 2026 22:41:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5793731 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 08 2026 18:50:53 | Capital One Platinum, Resurgent Correspondence, Attn: Bankrupt, PO Box 1269, Greenville, SC 29602-1269 |
| 5793732 | | EDI: PHINGENESIS | Apr 08 2026 22:41:00 | Celtic Bank, 268 S State St Ste 300, Salt Lake City, UT 84111-5314 |

| | | | |
|---|---|---|---|
| 5793734 | Email/Text: bankruptcydpt@mcmcg.com | Apr 08 2026 18:44:00 | Comenity Capital Bank, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 5793735 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Apr 08 2026 18:44:00 | Dept of Ed/Nelnet, 121 South 13th St, Lincoln, NE 68508-1904 |
| 5793737 | EDI: DISCOVER | Apr 08 2026 22:41:00 | Discover Card, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 5793738 | + Email/Text: bankruptcy@firstelectronic.com | Apr 08 2026 18:44:00 | First Electronic Bank, 2150 S 1300 E, Suite 400, Salt Lake City, UT 84106-4336 |
| 5793739 | + Email/Text: crdept@na.firstsource.com | Apr 08 2026 18:44:00 | Firstsource Advantage, LLC, 205 Bryant Woods South, Amherst, NY 14228-3609 |
| 5793741 | ^ MEBN | Apr 08 2026 18:39:10 | Geisinger, 100 N Academy Ave, Danville, PA 17822-0001 |
| 5793744 | + Email/Text: bankruptcydpt@mcmcg.com | Apr 08 2026 18:44:00 | Kristina Homoleski Esq, C/O Midland Credit Management, PO Box 2121, Warren, MI 48090-2121 |
| 5793747 | Email/Text: EBN@Mohela.com | Apr 08 2026 18:44:00 | Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 5793746 | + Email/Text: bankruptcydpt@mcmcg.com | Apr 08 2026 18:44:00 | Midland Credit Management, 350 Camino de la Reina Ste 100, San Diego, CA 92108-3007 |
| 5793748 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Apr 08 2026 18:44:00 | NJ E-ZPass, Newark E-ZPass Customer Service Center, 375 McCarter Highway, Newark, NJ 07114 |
| 5793749 | EDI: AGFINANCE.COM | Apr 08 2026 22:41:00 | One Main, PO Box 1010, Evansville, IN 47706-1010 |
| 5793750 | EDI: PRA.COM | Apr 08 2026 22:41:00 | Portfolio Recovery Associates, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 5793751 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 08 2026 18:50:53 | Resurgent/LVNV Funding, PO Box 1269, Greenville, SC 29602-1269 |
| 5793753 | Email/Text: nlorenz@bankofmissouri.com | Apr 08 2026 18:44:00 | The Bank Of Missouri, 216 W 2nd St, Dixon, MO 65459-8048 |
| 5793755 | Email/Text: edbknotices@ecmc.org | Apr 08 2026 18:44:00 | US Department of Education, 400 Maryland Ave SW, Washington, DC 20202-0001 |
| 5793756 | + Email/Text: bkelectronicnotices@usaa.com | Apr 08 2026 18:44:00 | USAA Federal Savings Bank, PO Box 33009, San Antonio, TX 78265-3009 |
| 5793758 | + Email/Text: snyderth@wmh.org | Apr 08 2026 18:44:00 | Wayne Memorial Hospital, 601 Park St, Honesdale, PA 18431-1498 |

TOTAL: 28

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2026      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Carlo Sabatini | on behalf of Debtor 2 Rebecca Ann Mugan usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| Carlo Sabatini | on behalf of Debtor 1 Joshua P Mugan usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| Lawrence G. Frank | lawrencegfrank@gmail.com  PA39@ecfcbis.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

Information to identify the case:

| | | |
|---|---|---|
| Debtor 1: | **Joshua P Mugan** | Social Security number or ITIN: xxx–xx–1126 |
| | First Name  Middle Name  Last Name | EIN: _ _–_ _ _ _ _ _ _ |
| Debtor 2: | **Rebecca Ann Mugan** | Social Security number or ITIN: xxx–xx–8791 |
| (Spouse, if filing) | First Name  Middle Name  Last Name | EIN: _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | Middle District of Pennsylvania | Date case filed for chapter: 7  4/7/26 |
| Case number: | 5:26–bk–00924–MJC | |

Official Form 309A (For Individuals or Joint Debtors)

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Joshua P Mugan | Rebecca Ann Mugan |
| 2. | **All other names used in the last 8 years** | aka Joshua Mugan, aka Joshua Paul Mugan, aka Josh Mugan | aka Rebecca Mugan, aka Rebecca A Mugan |
| 3. | **Address** | 115 Park Rd Greeley, PA 18425 | 115 Park Rd Greeley, PA 18425 |
| 4. | **Debtor's attorney** Name and address | Carlo Sabatini Sabatini Law Firm, LLC 216 N. Blakely St. Dunmore, PA 18512 | Contact phone 570–341–9000 Email: usbkct@bankruptcypa.com |
| 5. | **Bankruptcy trustee** Name and address | Lawrence G. Frank (Trustee) 100 Aspen Drive Dillsburg, PA 17019 | Contact phone 717 234–7455 Email: lawrencegfrank@gmail.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

**Receiving Court Issued Orders and Notices by E–Mail:**  (1) Anyone can register for the Electronic Bankruptcy Noticing program at ebn.uscourts.gov. (2) Only Debtors can register for DeBN (Debtor's Electronic Bankruptcy Noticing) by filing a DeBN Request form (www.pamb.uscourts.gov/debn–form), with the Clerk of Court. Both options are FREE and allow the clerk to quickly send you Court Issued Orders and Notices by E–Mail.

| | | |
|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes–Barre, PA 18701 |

Hours open:
Monday – Friday 9:00 AM to 4:00 PM

Contact phone (570) 831–2500

Date: 4/8/26

| | | |
|---|---|---|
| **7.** | **Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.<br><br>**\*Valid photo ID and proof of Social Security number are required\*** | **Date:  May 6, 2026 at 11:30 AM**<br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>For additional information use the QR code or visit:<br><br>https://www.justice.gov/ust/ust–regions–r03/region–3–section–341–meetings–0#TrusteeZoom<br><br>The Court does not endorse or exercise any responsibility of the content at this link. |

**Location:**
Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 231 131 9730, Click on Join using passcode 5378651079, or call 1–267–552–4686



| | | |
|---|---|---|
| **8.** | **Presumption of abuse**<br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. |

| | | |
|---|---|---|
| **9.** | **Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** |

**Filing deadline: 7/5/26**

**You must file a complaint:**
• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or
• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).

**You must file a motion:**
• if you assert that the discharge should be denied under § 727(a)(8) or (9).

**Deadline to object to exemptions:**
The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection.

**Filing deadline:** 30 days after the *conclusion* of the meeting of creditors

| | | |
|---|---|---|
| **10.** | **Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |