Certificate Number: 17082-PAM-DE-040853199

Bankruptcy Case Number: 26-00924



17082-PAM-DE-040853199

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 13, 2026, at 6:14 o'clock PM MST, JOSHUA P MUGAN completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:   April 13, 2026          By:       /s/Orsolya K Lazar

                                Name:   Orsolya K Lazar

                                Title:   Executive Director