# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Joshua P Mugan,<br>aka Joshua Mugan, aka Joshua Paul Mugan, aka Josh Mugan, | Chapter      7 |
| **Debtor 1** | Case No.     5:26–bk–00924–MJC |
| Rebecca Ann Mugan,<br>aka Rebecca Mugan, aka Rebecca A Mugan, | |
| **Debtor 2** | |

Social Security No.:

              xxx–xx–1126           xxx–xx–8791

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

## IT IS ORDERED THAT:

**Lawrence G. Frank**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

BY THE COURT
By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated:  July 10, 2026

**fnldecac** (05/18)