United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 26-00924-MJC |
| Joshua P Mugan | Chapter 7 |
| Rebecca Ann Mugan | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 10, 2026 | Form ID: 318 | Total Noticed: 37 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joshua P Mugan, Rebecca Ann Mugan, 115 Park Rd, Greeley, PA 18425-9683 |
| 5793730 | | Capital One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 5793736 | + | Diane Burgholzer, 122 Stockton Dr, Milford, PA 18337-9740 |
| 5793743 | + | GM Financial, 3801 S Collins St, Arlington, TX 76014-4122 |
| 5793740 | | Geisinger, PO Box 789276, Philadelphia, PA 19178-9276 |
| 5793742 | | Geisinger Health System, PO Box 27727, Newark, NJ 07101-7727 |
| 5793745 | | Lehigh Valley Physician Group, 1251 S Cedar Crest Blvd Ste 102A, Allentown, PA 18103-6205 |
| 5793752 | | Shepherd Outsourcing, 4517 Washington Ave, Manchester, KY 39495 |
| 5793754 | | US Attorney for the PA Middle District, William J. Nealon Federal Building, 235 N Washington Ave Ste 311, Scranton, PA 18503-1533 |
| 5793757 | + | Wayne Memorial Community Health Center, 750 Rte 739, Hawley, PA 18428-6058 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PHINAMERI.COM | Jul 10 2026 22:36:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 5804788 | | EDI: PHINAMERI.COM | Jul 10 2026 22:36:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 5793728 | | EDI: ATTWIREBK.COM | Jul 10 2026 22:36:00 | AT&T Mobility, PO Box 5074, Carol Stream, IL 60197-5074 |
| 5793725 | | Email/PDF: AffirmBKNotifications@resurgent.com | Jul 10 2026 18:38:48 | Affirm Inc, Attn: Bankruptcy, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 5793726 | ^ | MEBN | Jul 10 2026 18:32:48 | Afterpay, 1955 Broadway, Suite 204, Oakland, CA 94612-2205 |
| 5793727 | + | EDI: JCAFF | Jul 10 2026 22:36:00 | American First Finance, PO Box 565848, Dallas, TX 75356-5848 |
| 5793733 | ^ | MEBN | Jul 10 2026 18:32:47 | CF Medical, LLC, 3705 S Highway 27 # 203, Clermont, FL 34711-7950 |
| 5793729 | + | EDI: CAPITALONE.COM | Jul 10 2026 22:36:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5793731 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 10 2026 18:38:36 | Capital One Platinum, Resurgent Correspondence, Attn: Bankrupt, PO Box 1269, Greenville, SC 29602-1269 |
| 5793732 | | Email/Text: bankruptcy@celticbank.com | Jul 10 2026 18:36:00 | Celtic Bank, 268 S State St Ste 300, Salt Lake City, UT 84111-5314 |
| 5793734 | | Email/Text: bankruptcydpt@mcmcg.com | Jul 10 2026 18:36:00 | Comenity Capital Bank, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 5793735 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jul 10 2026 18:36:00 | Dept of Ed/Nelnet, 121 South 13th St, Lincoln, NE 68508-1904 |
| 5793737 | | EDI: DISCOVER | Jul 10 2026 22:36:00 | Discover Card, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 5793738 | + | Email/Text: bankruptcy@firstelectronic.com | Jul 10 2026 18:36:00 | First Electronic Bank, 2150 S 1300 E, Suite 400, Salt Lake City, UT 84106-4336 |
| 5793739 | + | Email/Text: crdept@na.firstsource.com | Jul 10 2026 18:36:00 | Firstsource Advantage, LLC, 205 Bryant Woods South, Amherst, NY 14228-3609 |
| 5793741 | ^ | MEBN | Jul 10 2026 18:32:47 | Geisinger, 100 N Academy Ave, Danville, PA 17822-0001 |
| 5793744 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 10 2026 18:36:00 | Kristina Homoleski Esq, C/O Midland Credit Management, PO Box 2121, Warren, MI 48090-2121 |
| 5793747 | | Email/Text: EBN@Mohela.com | Jul 10 2026 18:36:00 | Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 5793746 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 10 2026 18:36:00 | Midland Credit Management, 350 Camino de la Reina Ste 100, San Diego, CA 92108-3007 |
| 5793748 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Jul 10 2026 18:36:00 | NJ E-ZPass, Newark E-ZPass Customer Service Center, 375 McCarter Highway, Newark, NJ 07114 |
| 5793749 | | EDI: AGFINANCE.COM | Jul 10 2026 22:36:00 | One Main, PO Box 1010, Evansville, IN 47706-1010 |
| 5793750 | | EDI: PRA.COM | Jul 10 2026 22:36:00 | Portfolio Recovery Associates, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 5793751 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 10 2026 18:38:36 | Resurgent/LVNV Funding, PO Box 1269, Greenville, SC 29602-1269 |
| 5793753 | | Email/Text: nlorenz@bankofmissouri.com | Jul 10 2026 18:36:00 | The Bank Of Missouri, 216 W 2nd St, Dixon, MO 65459-8048 |
| 5793755 | | Email/Text: edbknotices@ecmc.org | Jul 10 2026 18:36:00 | US Department of Education, 400 Maryland Ave SW, Washington, DC 20202-0001 |
| 5793756 | + | Email/Text: bkelectronicnotices@usaa.com | Jul 10 2026 18:36:00 | USAA Federal Savings Bank, PO Box 33009, San Antonio, TX 78265-3009 |
| 5793758 | + | Email/Text: snyderth@wmh.org | Jul 10 2026 18:36:00 | Wayne Memorial Hospital, 601 Park St, Honesdale, PA 18431-1498 |

TOTAL: 27

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2026                      Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Carlo Sabatini | |
| | on behalf of Debtor 1 Joshua P Mugan usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| Carlo Sabatini | |
| | on behalf of Debtor 2 Rebecca Ann Mugan usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| Lawrence G. Frank | |
| | lawrencegfrank@gmail.com  PA39@ecfcbis.com |
| United States Trustee | |
| | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

Information to identify the case:

| | | |
|---|---|---|
| Debtor 1 | Joshua P Mugan | Social Security number or ITIN   xxx–xx–1126 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Rebecca Ann Mugan | Social Security number or ITIN   xxx–xx–8791 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   Middle District of Pennsylvania

Case number:   5:26–bk–00924–MJC

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Joshua P Mugan
aka Joshua Mugan, aka Joshua Paul Mugan, aka
Josh Mugan

Rebecca Ann Mugan
aka aka Rebecca Mugan, aka Rebecca A Mugan

**By the court:**

7/10/26

Mark J. Conway, United States
Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >

Official Form 318   **Order of Discharge**   page 1

Case 5:26-bk-00924-MJC   Doc 16   Filed 07/12/26   Entered 07/13/26 00:25:31   Desc
Imaged Certificate of Notice   Page 4 of 5

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- ♦ some debts which the debtors did not properly list;

- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318 **Order of Discharge** page 2